# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GLORIA LOVE,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC and
HUNTINGTON BANCSHARES, INC.
d/b/a HUNTINGTON BANK,

    Defendants.

Case No. 2:17-cv-12945
Honorable Sean F. Cox
Mag. Elizabeth A. Stafford

_____

## STIPULATION AND ORDER TO DISMISS
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY,
## WITH PREJUDICE

Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, stipulate to the dismissal of Defendant Experian, only, with prejudice and without costs or attorney fees to either party.

| | |
|---|---|
| /s/ Mark A. Linton | /s/ Tamara E. Fraser |
| Mark A. Linton (P66503) | Tamara E. Fraser (P51997) |
| Attorney for Plaintiff | Attorney for Defendant Experian |
| Credit Repair Lawyers of America | Williams, Williams, Rattner |
| (248) 353-2882 |  & Plunkett, P.C. |
| mark@crlam.com | (248) 642-0333 |
| | tefraser@wwrplaw.com |

# ORDER TO DISMISS
# DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

_____
Honorable Sean F. Cox
U.S. District Court Judge